JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, and ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> ROSS ISLAND SAND & GRAVEL CO., an Oregon corporation, <br><br> Defendant. | CASE NO.: 2:23-cv-02862-SPG-SK <br><br> Assigned to the Honorable Sherilyn Peace Garnett <br><br> **JUDGMENT** |

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, and Engineers Contract Compliance Committee Fund, shall recover from Defendant, Ross Island Sand & Gravel Co., an Oregon corporation, the principal amount of $539,392.09, plus attorneys' fees of $11,620.11, and costs of $499.85, plus post-judgment interest as provided by law from the date of entry of the judgment herein until paid in full.

Dated: August 11, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE